
AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

KIMBERLY DELSIGNORE    CASE NUMBER:

2004 M 0553 RBC

I, _KIMBERLY DELSIGNORE_, charged in a ☒ complaint ☐ petition pending in this District with _bank robbery_ in violation of Title _18_, U.S.C., _2113(a)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_Kimberly A. DelSignore_
Defendant

JAN 3 - 2005
Date

_J W Carney_
Counsel for Defendant