AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASS

USA
v
Kimberley Delsignore

**APPEARANCE**

Case Number: 2004-M-0553 RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    KIMBERLEY DELSIGNORE

I certify that I am admitted to practice in this court.

DEC 29, 2004
Date

Noreen Russo
12/29/04

Signature: J.W. Carney Jr.

J. W. CARNEY, JR.    074760
Print Name    Bar Number

CARNEY + BASSIL    20 PARK PLAZA
Address    SUITE 1405

BOSTON    MA    02116
City    State    Zip Code

617-338-5566    617-338-5587
Phone Number    Fax Number

JCARNEY@CARNEYBASSIL.COM