# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.            CRIMINAL NO. 2005-10018-RCL-02

KIMBERLY A. DELSIGNORE,
    Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

1/26/2005 - Indictment returned.

2/9/2005 - Arraignment

2/10 - 3/9/2005 - Excluded as per L.R. 112.2(A)(2)

3/22/2005 - Conference held.

3/23 - 4/21/2005 - Continuance granted so that the defendant's counsel can complete his investigation and attempt to reach a plea agreement with the United States, I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a

speedy trial.

Thus, as of April 21, 2005, TWENTY-FIVE (25) non-excludable days will have occurred leaving FORTY-FIVE (45) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 22, 2005.