# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                       CRIMINAL NO. 2005-10018-RCL-02

KIMBERLY A. DELSIGNORE,
       Defendant.

## ORDER RETURNING CASE
## TO DISTRICT JUDGE FOR CHANGE OF PLEA

COLLINGS, U.S.M.J.

    The Court has been informed the defendant intends to plead guilty to the charge(s) contained in the Indictment.

    ACCORDINGLY, THE ABOVE-STYLED CASE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LINDSAY'S SESSION.

                                      /s/ Robert B. Collings
                                      ROBERT B. COLLINGS
April 21, 2005.                 United States Magistrate Judge