UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

APR 19 2005

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. )   CRIMINAL NO. 05-10018-RCL
)
KIMBERLY A. DELSIGNORE )

### JOINT STATUS REPORT

The parties hereby jointly report that this case is ready for transfer to the district court for an expected change of plea.

KIMBERLY A. DELSIGNORE

By: /s/ J.W. Carney
J.W. CARNEY, ESQ.
Attorney for Defendant
(617) 338-5566

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

April 19, 2005