UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **NO. 05-10018-RCL** |
| | ) | |
| KIMBERLY DELSIGNORE | ) | |
| | ) | |

**DEFENDANT'S ASSENTED-TO MOTION FOR A CONTINUANCE**

    The defendant, Kimberly DelSignore, respectfully moves that this Honorable Court continue the Rule 11 hearing from June 15, 2005, to July 15, 2005 (or any date thereafter). This motion has the assent of the United States, through Assistant United States Attorney Timothy Q. Feeley.

    In support of this motion, the defendant states the following facts:

    1.   The defendant, Kimberly DelSignore, is charged with being an accessory after the fact of a bank robbery by the co-defendant, Robert Arnold.

    2.   She is scheduled to make her first appearance before District Judge Reginald C. Lindsay on June 15, 2005. Counsel for the defendant requires more time with her to prepare her for the Rule 11 hearing. The defendant, who is 21 years old, has been in a residential facility on Cape Cod since the outset of the case,

and has been focusing her attention on treatment of her heroin addiction.

WHEREFORE, the defendant moves that the Rule 11 hearing be continued from June 15, 2005 to July 15, 2005.

>Kimberly DelSignore
>By Her Attorneys
>
>CARNEY & BASSIL
>
>
>/s/ *J. W. Carney, Jr.*
>
>J. W. Carney, Jr.
>B.B.O. # 074760
>CARNEY & BASSIL
>20 Park Plaza, Suite 1405
>Boston, MA 02116
>617-338-5566
>jcarney@CarneyBassil.com

Dated:  June 14, 2005