# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## PRETRIAL SERVICES

**JOHN R. RILEY**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-929-9940
FAX: 508-929-9944

December 12, 2005

Honorable Reginald C. Lindsay
Judge, U.S. District Court
1 Courthouse Way
Boston, MA 02210

        RE: **DELSIGNORE, Kimberly**
           CR#: 05-10018-02 RCL
           Release Status Letter

Dear Judge Lindsay:

This letter is provided to the Court in preparation of Ms. Delsignore's sentencing. She continues to be in compliance with her pretrial conditions. On August 4, 2005, Ms. Delsignore entered a plea of guilty to Accessory after Bank Robbery. At the time of the Rule 11 Hearing, Ms. Delsignore was on release under pretrial conditions set by Magistrate Judge Robert B. Collings on June 15, 2005. The conditions included the following:

1. Report to Pretrial Services weekly, as directed.
2. No travel outside of MA.
3. Avoid all contact with Robert Arnold, except through counsel.
4. Refrain from any alcohol. Refrain from all drugs, not prescribed.
5. Submit to drug testing as directed.
6. Notify Pretrial Services of any arrests within 24 hours.
7. Reside and complete the Shepard House program.
8. Follow all rules and fully participate.
9. Do not leave Shepard House without permission.
10. Sign all paperwork to allow communication between PSA and Shepard house.
11. Notify PSA of any employment changes.

SHEPARD HOUSE

Ms. Delsignore remains in good standing as a resident of the Shepard House in Boston. Her

Honorable Reginald C. Lindsay — 2 — December 12, 2005

counselor at Shepard House, Pauline Sowers, continues to report Ms. Delsignore as a positive role model to other residents in the house. Ms. Delsignore has become more involved with the women in the program and has stayed away from those individuals who are not motivated for recovery. This is a change for Ms. Delsignore, who in the past migrated towards those residents with a negative attitude. Initially, Ms. Delsignore was anxious to move from the Shepard House to a sober house where there would be less structure. More recently, Ms. Delsignore has found the value of the structure and as she has matured, she has gained more flexibility in her weekly routine.

Ms. Delsignore submits to drug testing at the Shepard House on Tuesdays and Thursdays. Shepard House has shared the test results with Pretrial Services and all results have been negative.

MOVING AHEAD PROGRAM (MAP)

On August 4, 2005, Ms. Delsignore appeared before Your Honor for a Rule 11 Hearing. Ms. Delsignore was involved in a 12 step based recovery vocational training program; MAP program at St. Francis. Your Honor was advised during the Rule 11 Hearing that Ms. Delsignore was having difficulty focusing on the program and complying with the expectations of the program. Your Honor warned Ms. Delsignore that failure to comply would create negative consequences. Ms. Delsignore heeded the warning and there was an immediate turnaround with her behavior and attitude. Ms. Delsignore began to focus on her individual expectations and not become side tracked. She excelled in her effort and became the first "21" year old to graduate from the MAP program.

Pretrial Services attended the graduation ceremony that took place on September 23, 2005 at the Boston Center For Adult Education, Grand Ballroom. There were former graduates, family and friends and a videotaped message from Honorable Nancy Gertner. Ms. Delsignore demonstrated her maturity in addressing the graduation and the ceremony afforded an inside look as to the close relationship that the graduating class had developed for each other. All had accomplished not only pride in completing a difficult task oriented program, but also had forged a stronger connection with sober individuals within their recovery network.

Ms. Delsignore had difficulty securing employment in her particular interest, animal care/services. She obtained employment shortly after graduating from MAP for Inaugural Resources in Cambridge as a telemarketer. This employment became difficult for Ms. Delsignore as there were other employees who were using drugs or were drug users and she felt it put her sobriety at risk. Ms. Delsignore notified Ms. Sowers and Pretrial Services and ended her employment. She continues to look for full time employment.

PRESENT RECOVERY PROGRAM

Ms. Delsignore has been attending Alcoholics and Narcotics Anonymous meetings in the community. She has begun to utilize sponsorship and develop a strong network of sober individuals that will support her new recovery. On November 7, 2005, Pretrial Services learned from Ms. Delsignore that she was pregnant. She has continued a relationship with a young man

that is also in recovery and who she had met while attending her treatment at Emerson House in Falmouth. As a result, Ms. Delsignore has sought counseling to help her deal with this difficult situation. Ms. Delsignore met with Barbara Grey, a social worker at ADCARE, Inc., 14 Beacon Street, Boston. She will begin meeting with Ms. Grey and initiate couple's counseling to help foster a healthier relationship with her boyfriend. He has indicated that he would like to be a part of Ms. Delsignore's pregnancy and utilizing counseling with a family therapist that is knowledgeable in the field of addictions will increase the likelihood of continued sobriety and a healthy pregnancy. Ms. Delsignore has demonstrated a steady progress in developing her own recovery routine and a maturity that was not seen when she began her pretrial supervision. She has become more willing to utilize the supports around her, including Pretrial Services, counselors at Shepard House and her own family support. Ms. Delsignore has not tested positive for drug use during her entire pretrial supervision. She has reported for drug testing when requested and has complied with her weekly telephone report.

Ms. Delsignore will continue to strive in her recovery and in her ability to make good decisions if she is offered the support of the Probation Department and outpatient substance abuse treatment. Ms. Delsignore's long term plan would be to remain at Shepard house until she can obtain a safe residential plan that will allow for her to raise her child. Ms. Delsignore is young, but has proven herself as responsible and motivated to live a law abiding life. She has the tools to obtain employment and will flourish with the supports around her in the community.

State and Federal records indicate no new arrests or warrants. The above information is provided for Your Honor's consideration at sentencing.

Respectively submitted,

Judith A. Oxford,
U.S. Pretrial Services Officer

cc:  Timothy Feeley, AUSA
     J.W. Carney, Esq.

Reviewed by: _____
             Basil Cronin, Supervising
             Pretrial Services Officer